UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI
DELTA DIVISION

Criminal Minutes - General

Case No. __2:10CR78-SA__     Place Held __Aberdeen__
Style __USA VS KEVIN COE__

Date & Time Began _9/29/11, 2:45 p.m._    Date & Time Ended _9/29/11, 2:55 p.m._

Total Time __10 min.__

PRESENT:

Honorable __Sharion Aycock__, Judge

| Ginger Sisk | Phyllis McLarty |
|---|---|
| Deputy Clerk | Court Reporter |

Attorneys Present:
Government                          Defendant(s)
Clyde McGee, AUSA                   Rob Laher

PROCEEDINGS: Sentencing.

Docket Entry: Court held Resentencing as to Count 1 of the Indictment. Judgment to follow.

DAVID CREWS, CLERK

By _/s/ Ginger Sisk_
Ginger Sisk, Courtroom Clerk